**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: DENISE ANDREWS § Case No.: 05-37644
§
§
§
§
Debtor(s) §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/15/2005.

2) This case was confirmed on 10/31/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/02/2006, 10/29/2007, 10/06/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/02/2006, 08/02/2007, 02/01/2008, 07/09/2008, 05/07/2009.

5) The case was dismissed on 06/22/2009.

6) Number of months from filing to the last payment: 41

7) Number of months case was pending: 63

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: NA

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Receipts:
        Total paid by or on behalf of the debtor        $    11,375.00
        Less amount refunded to debtor                  $        28.36
 NET RECEIPTS                                           $    11,346.64
================================================================================


================================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan           $     2,700.00
        Court Costs                                     $          .00
        Trustee  Expenses and Compensation              $       718.34
        Other                                           $          .00

 TOTAL EXPENSES OF ADMINISTRATION                       $     3,418.34

 Attorney fees paid and disclosed by debtor             $          .00
================================================================================
```

```
================================================================================
 Scheduled Creditors:

 Creditor                   Claim         Claim         Claim       Principal     Int.
  Name          Class      Scheduled     Asserted      Allowed        Paid        Paid

 10 MINUTE PAYDAY LOA  UNSECURED      627.00         NA           NA           .00        .00
 AMERICAS FINANCIAL S  UNSECURED      600.00        .00       745.56        387.73       .00
 AMERICAN GENERAL FIN  UNSECURED    1,683.00        .00     1,387.98        721.82       .00
 AMERICASH LOANS LLC   UNSECURED      658.00        .00       858.25        446.34       .00
 ARROWHEAD INVESTMENT  UNSECURED      325.00         NA           NA           .00        .00
 ASPIRE                UNSECURED      308.46        .00       331.69        172.49       .00
 CAPITAL ONE           UNSECURED    2,595.00        .00     2,648.16      1,377.19       .00
 RESURGENT CAPITAL SE  UNSECURED      315.11        .00       315.11        163.88       .00
 CASH ADVANCE NETWORK  UNSECURED      390.00         NA           NA           .00        .00
 BANK ONE CARDMEMBER   UNSECURED      705.80         NA           NA           .00        .00
 CHECK N GO            UNSECURED      521.50        .00       521.50        271.20       .00
 FIRST PREMIERE BANK   UNSECURED      474.82         NA           NA           .00        .00
 ECAST SETTLEMENT COR  UNSECURED    5,500.00        .00     6,550.74      3,397.59       .00
 ECAST SETTLEMENT COR  UNSECURED      485.00        .00       478.02        248.60       .00
 INTERNATIONAL CASH S  UNSECURED      289.00         NA           NA           .00        .00
 NATIONAL QUICK CASH   UNSECURED      435.00        .00       435.00        199.90       .00
 PDL FINANCIAL SERVIC  UNSECURED      781.00        .00       690.00           .00        .00
 UNITED CASH LOANS     UNSECURED      390.00         NA           NA           .00        .00
 ZIPCASH               UNSECURED      390.00         NA           NA           .00        .00
 ILLINOIS LENDING GRO  UNSECURED          NA        .00       689.46        358.56       .00
 CHASE BANK USA        SECURED           NA        .00           .00           .00        .00
 CHASE BANK USA        UNSECURED          NA        .00       351.88        183.00       .00
 PDL FINANCIAL SERVIC  UNSECURED          NA        .00       651.04           .00        .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,654.39 | 7,928.30 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,418.34 |
| Disbursements to Creditors | $ | 7,928.30 |
| **TOTAL DISBURSEMENTS:** | $ | 11,346.64 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/06/2010                                   /s/ Tom  Vaughn
                                                     Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**